HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASTE ACTION PROJECT,<br><br>    Plaintiff,<br><br>v.<br><br>BROWN LINE, LLC,<br><br>    Defendant. | CASE NO. 2:16-cv-01615-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING SECOND MOTION TO AMEND ORDER SETTING TRIAL DATE AND RELATED DATES |



This matter having come before the Court on the Parties' Stipulated Motion to Amend Order Setting Trial Date and Related Dates, and the Court having reviewed the file and pleadings herein, and being otherwise fully advised on the matter, hereby finds and concludes that good cause exists to extend the discovery deadlines in the matter by approximately sixty days with the revised deadlines as follows:

| | Current deadline | Proposed deadline |
|---|---|---|
| **TRIAL DATE** | August 27, 2018 | |
| Deadline for amending pleadings | February 28, 2018 | April 30, 2018 |

[~~PROPOSED~~] ORDER GRANTING SECOND STIPULATED
MOTION TO AMEND ORDER SETTING TRIAL DATE AND
RELATED DATES - 1
Case No. 2:16-cv-01615-JLR

| | | |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | February 28, 2018 | April 30, 2018 |
| All motions related to discovery must be filed by (see LCR 7(d)) | March 30, 2018 | April 30, 2018 |
| Discovery completed by | April 30, 2018 | May 29, 2018 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (see LCR 7(d)) | May 29, 2018 | |
| Settlement conference held no later than | June 28, 2018 | |
| All motions in limine must be filed by All motions in limine shall be filed as one motion. | July 16, 2018 | |
| Agreed pretrial order due | August 6, 2018 | |
| Deposition Designations must be submitted to the court(not filed on CM/ECF) by: (*see* LCR 32(e)) | August 8, 2018 | |
| Pretrial conference to be held at 2:00PM | August 13, 2018 | |
| Trial briefs, proposed findings of fact and conclusions of law, and designations of deposition testimony pursuant to LCR 32(e) by | August 20, 2018 | |

IT IS HEREBY ORDERED:

The Stipulated Motion to Amend Order Setting Trial Date and Related Dates is granted.

DATED this 21st day of February, 2018.

s/ 
HON. JAMES L. ROBART
United States District Court Judge

[PROPOSED] ORDER GRANTING SECOND STIPULATED
MOTION TO AMEND ORDER SETTING TRIAL DATE AND
RELATED DATES - 2
Case No. 2:16-cv-01615-JLR

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record.

DATED this 21st day of February 2018.

                                               s/ *Meredith A. Crafton*
                                               MEREDITH A. CRAFTON
                                               Smith & Lowney, PLLC